

FILED

JAN 0 3 2018

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLIFFORD W. BARTMESS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration<br><br>Defendant. | CV 17-54-M-DLC-JCL<br><br>ORDER |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will 1) reevaluate the opinion of Alan Keithly; 2) reevaluate claimant's subjective symptoms, residual functional capacity, and step five findings, as necessary; 3) further develop the record as necessary and issue a new decision.

Upon proper application, Plaintiff shall be eligible for attorneys' fees and expenses under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DONE and DATED this 3rd day of January, 2018.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge

ORDER/ PAGE 2