## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

CLIFFORD W. BARTMESS,

                    Plaintiff,

vs.

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.

Case No. CV-17-054-M-DLC

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**      **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 11th day of January, 2018.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Annie Puhrmann
                    Annie Puhrmann, Deputy Clerk