IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLIFFORD W. BARTMESS, | CV 17–54–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting commissioner Social Security Administration, | |
| Defendant. | |

Upon consideration of the parties' joint stipulation for fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 et seq.,

IT IS ORDERED that :

1. Defendant will pay Plaintiff a total of $4,782.40 in EAJA fees and $255.00 in costs. These amounts are payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of these amounts bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of these amounts is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 18th day of July, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court